67528. JONES v. THE PANTRY, INC.

DEEN, Presiding Judge.
Appeal dismissed as improvidently granted.
*McMurray, C. J., and Sognier, J., concur.*

DECIDED FEBRUARY 1, 1984.

*William H. Lumpkin,* for appellant.
*Duncan D. Wheale, James W. Purcell,* for appellee.